# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
APR 27 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Lateiea S. Martin
Plaintiff(s)

v.

Cache Reese, General manager, J & B Foods of Carbondale, Inc. d/b/a Save-A-Lot and Supervalu, Inc. d/b/a Save-A-Lot.
Defendant(s)

Case Number: 17-433-MJR-RJD
(To be supplied by Clerk's Office)

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against Cache Reese, J & B Foods of Carbondale Inc. d/b/a Save-A-Lot and Super Valu Inc. d/b/a Save-A-Lot [defendant(s)] for discrimination as set forth below.

Plaintiff ☑DOES ☒DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff:

Lateiea S. Martin
1181 E. Walnut St. Apt # 5-3
Carbondale, IL

Name and Address of Defendant(s):

Cache Reese
General manager
J & B Foods of Carbondale, Inc.
Dba Save-A-Lot
361 East Walnut St.
Carbondale, IL 62901

Lori Lannen
Director, Employment Law
SUPERVALU, INC.
PO Box 990
Minneapolis, MN 55440

(Rev. 4/2010) -1-

The plaintiff was:

☑ denied employment by the defendant(s).

☐ hired and is still employed by the defendant(s).

☐ employed but is no longer employed by the defendant(s).

The alleged discrimination began on or about: Feb/25/2017 (give month, day, and year).

## II. JURISDICTION

1. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

   ☐ **Sex** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

   ☑ **Race** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)

   ☐ **Age** (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   ☑ **Disability** (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

   ☐ **National Origin** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

   ☐ **Religion** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

   ☐ **Other** (list): _____

2. Plaintiff ☐ Has ☑ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint].**

   Plaintiff ☑ Has ☐ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint].**

3. Plaintiff's Right to Sue Notice from the EEOC was received on or about March/10/2017 (date). **[Attach a copy of Notice of Right to Sue to this complaint].**

(Rev. 4/2010)                                                -2-

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

~~I would like an action~~ I would like the defendants to amendment their wrongs, Also back pay, and pain & suffering from everything I indured while working while pregnant, and also the things I indured after losing my job.

### IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

The Claim against the following, Cache Reese. the General manager of J&B Foods OF Carbondale, Inc. Dba Save-A-Lot 301 E. Walnut St. Located in Carbondale IL. On the date Feb/25/2015.

→ discrimination of pregnancy →

I Lateiea S. Martin was to work on this day @ 12 pm. I was there on time. At this time I am 19 4/7 weeks Pregnant. Every day Prior of notifing my job of my pregnancy was around Nov/2015 I was not scheluded to work "truck", which is constant lifting, bending, of heavy products. that need to be stocked on many shevels. The moment I walked in to work I headed to Ms. Reese office we have to everyday to get our cash drawers. As I approached her she immedinately State I am going to be working "Truck". I never, asked-3- Ms. Reese why, I only stated That I am Ill, and fatigued. The previous day I worked Feb/24/2015 alone for around about 6 hours straight.  → back

(Rev. 4/2010)

I did not feel good the day of Feb/25/2015. I had no choice to show, because I have been in and out of the hostipital for my morning sickness, and Cache Reese had been getting on to me about attendance in the past months prior to Feb/25/2015. Even though I was not feeling good I showed to work to do my job which was "Cashier" on Feb/25/2015.

After I told Ms. Reese that I was sick and I couldn't possibly work "truck". I asked her to accomdate me because, I'm sick and pregnant. She denied my request, and stated, either I do "truck" or go home. I replied to her and said that I will just go home. Ms. Reese said, okay and went in her office. When I first got to my job @ 12 pm my sister had transported me there because I did not have a vechicle at the time. My sister "Laterrica Martin", had came in to shop while I was getting ready to start my shift. But, I happened to be told to go home and I saw my sister was still located in the store getting ready to check out at an register. I needed a ride back home so I waited for her in line. within 2- 5 mins of me finishing speaking with Ms. Reese she came out her office as I was in line with my sister. She came up to me again, and asked would I come to the break room to speak with her.

I	 she Sat me down in the break room, and stated Lateiea Martin I'm terminating your job with us. I asked her why, and said because I refused to lift? I Also stated are you sure your ~~firing~~ firing? me because I asked for accomdation for my Pregnancy sickness. She said, no I'm firing you because, you Refused to do your Job. I was terminated and very hurt I Loved my job and it was ended before I could make it to my Branety leave.

——————↗ discrimnation of being pregnant ↑

→ things that lead up to this day Feb/28/2015
  less hours, that I didnot ask for
→ drawer shortages that seemed odd, even requested to look at the tapes was denied
→ other employees were getting fired left, and right mostly all blacks
——————————————————————
↓ discrimnation of being African American ↓
→ <u>Cache Reese would make racial comments</u>
"about, all blacks don't come from slaves that live in america"
"An black boy that was killed by the police deserved it"
"statements on nappy hair, asked me did I know how to do nappy hair" "because her daughter is mixed"

Also, In regards to discrimnation of my color other White American, women of mine would not get the same treatment as me & other co-workers they would not get wrote up or in trouble for missing work being late or not working.

_____

Lori Lannan

Why SUPERVALU INC is involved because, they are apart of the private owners I worked for J&B Foods of Carbondale Some evidence is on my direct deposit from online banking is stated I was getting Paid by SUPERVALU INC

_____

## V. RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).

- [x] An award of back pay
- [ ] Reinstatement to Plaintiff's old position
- [x] Costs of suit (but not attorney fees)
- [x] An award of money damages
- [ ] Other (explain below)

Signed on: _____ (date)   April/29/2017
Signature of Petitioner

1181 E Walnut S-3
Street Address

Lateica Martin
Printed Name

Carbondale IL 62901
City, State, Zip

Signature of Attorney (if any)