## In the United States District Court
## For the Southern District of Illinois

| | |
|---|---|
| **Lateiea S. Martin,** | |
|       **Plaintiff,** | |
| v. | Case No. 17-cv-433-MJR/RJD |
| **J & B Foods of Carbondale, Inc., d/b/a Save-A-Lot, et al.,** | |
|       **Defendants.** | |

## Notice of Settlement

Plaintiff, Lateiea S. Martin, gives notice that this case has been compromised and settled; the terms are that both defendants, J & B Foods of Carbondale, Inc. d/b/a Save-A-Lot and Supervalu, Inc., should be dismissed with prejudice as consideration for payment by J&B Foods of Carbondale, Inc. only and the parties will bear their own costs and fees.

Respectfully submitted,

Lateiea S. Martin, Plaintiff

By:    s/G. Patrick Murphy

**MURPHY & MURPHY LLC**
*Attorneys for Plaintiff*
3415 Office Park Drive, Suite D
Marion, IL  62959
Ph:  618.248.3236
*gpatrick@murphymurphyllc.com*

## Certificate of Service

I hereby certify that on June 27, 2018, I electronically filed Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Shari R. Rhode -- *shari@rhodelawfirm.com*

Teresa A. Drew – *Tdrew@hinshawlaw.com*

Patricia J. Martin – *pmartin@littler.com*

Andrew C. Johnson – *anjohnson@littler.com*

and I hereby certify that on June 27, 2018, I mailed by United States Postal Service, the document to the following non-registered participants:

None

                                            Respectfully submitted,

                                            <u>s/G. Patrick Murphy</u>

**MURPHY & MURPHY LLC**
G. Patrick Murphy
3415 Office Park Drive, Suite D
Marion, IL 62959
Ph: 618.248.3236
Fax: 618.248.3239
*gpatrick@murphymurphyllc.com*