# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LATEIEA S. MARTIN,** ) | |
| ) | |
| Plaintiff, ) | Case Number: 17-cv-0433-MJR-RJD |
| ) | |
| v. ) | |
| ) | |
| **J&B FOODS OF CARBONDALE, INC.,** ) | |
| **CACHE REESE,** ) | |
| **SUPERVALU, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated June 28, 2018 reflecting the parties' settlement and the Joint Stipulation dated July 23, 2018, this case was dismissed with prejudice. Each party to bear her/its own costs.

Dated: July 24, 2018

                                            JUSTINE FLANAGAN, Acting Clerk of Court
                                              s/ *Reid Hermann*
                                              Deputy Clerk

Approved: *s/ Michael J. Reagan*
               MICHAEL J. REAGAN
               United States District Judge